UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:17-CR-57-1D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| | ) | |
| MARVIN PERNELL ADAMS, JR, | ) | |
| Defendant | ) | |

Upon the motion of the Defendant, and for the reasons outlined in the Defendant's Motion to Seal, it is hereby ORDERED that Docket Entry Number 89 be sealed until such time as otherwise unsealed by the Court.

IT IS SO ORDERED this __26__ day of January 2018.

JAMES C. DEVER III
Chief United States District Judge