UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:17-CR-57-1D

| UNITED STATES OF AMERICA | |
|---|---|
| v. | ORDER |
| MARVIN PERNELL ADAMS, JR. | |

UPON THE DEFENDANT'S Motion to Re-Open the Period for Objections, the Court hereby ALLOWS the motion and ORDERS that the Defendant, through counsel, lodge any additional objections he has to his Pre-Sentence Report with the United States Probation Office no later than May 18, 2018.

This the 8 day of May 2018.

JAMES C. DEVER III
Chief United States District Judge