UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:17-CR-57-1D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER GRANTING LEAVE |
| | ) | AND ORDER TO SEAL |
| | ) | |
| MARVIN PERNELL ADAMS, JR, | ) | |
| Defendant | ) | |

Upon the motion of the Defendant, and for the reasons outlined in the Defendant's Motion to Seal, it is hereby ORDERED that the Defendant's Motion - Docket Entry Number 135 - be sealed until such time as otherwise unsealed by the Court.

IT IS SO ORDERED this __1__ day of ~~May~~ Jun, 2018.

JAMES C. DEVER III
Chief United States District Judge