UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:17-CR-57-1D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | ORDER TO SEAL |
| | ) | |
| MARVIN PERNELL ADAMS, JR, | ) | |
| Defendant | ) | |

Upon the motion of the Defendant, and for the reasons outlined in the Defendant's Motion to Seal, it is hereby ORDERED that the Defendant's Motion - Docket Entry Number 137 - be sealed until such time as otherwise unsealed by the Court.

IT IS SO ORDERED this ___1___ day of June 2018.

JAMES C. DEVER III
Chief United States District Judge