IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:17-cr-00057-D

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | ORDER |
| v. | ) | |
| | ) | |
| MARVIN ADAMS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court on the United States' motion to seal Exhibit 1, [D.E. 196], to the United States' response in opposition to Defendant's motion for compassionate release. For good cause having been shown, the United States' motion is GRANTED. The Clerk of Court is DIRECTED to seal Exhibit 1, Docket Entry 196, to the United States' response in opposition to Defendant's motion for compassionate release.

SO ORDERED this 26 day of April, 2021.

JAMES C. DEVER III
United States District Judge