UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:17-CR-00057-D1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | ORDER TO SEAL MEDICAL |
| ) | RECORDS (UNDER SEAL) |
| MARVIN PERNELL ADAMS, JR., ) | |
| Defendant ) | |

FOR GOOD CAUSE SHOWN, the Defendant's *Motion to Seal Medical Records* is allowed and the Clerk is directed to seal this *order,* and *Motion to Seal Medical Records,* except that the clerk is authorized to provide filed copies of the Court's ruling on said *motion* to counsel for the Defendant and the Government.

SO ORDERED, this 26 day of April, 2021.

JAMES C. DEVER III
United States District Judge