IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:17-CR-57-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MARVIN PERNELL ADAMS, JR., | ) | |
| | ) | |
| Defendant. | ) | |

This court GRANTS defendant's motions to seal information about cooperation [D.E. 207, 208]. The court DENIES as meritless defendant's motion for appointment of counsel, but extends the time to appeal [D.E. 209]. The notice of appeal at D.E. 109-1 is deemed timely.

SO ORDERED. This _5_ day of October, 2021.

                                                        JAMES C. DEVER III
                                                        United States District Judge