IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:17-CR-57-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MARVIN PERNELL ADAMS, JR., | ) | |
| Defendant. | ) | |

On May 13, 2021, the court denied Adams's motions for compassionate release, dismissed Adams's request for home confinement, and granted Adams's motion to seal [D.E. 205]. Adams appealed [D.E. 215]. On October 18, 2021, Adams moved to withdraw his appeal [D.E. 218]. On October 19, 2021, the United States Court of Appeals for the Fourth Circuit granted the motion to withdraw the appeal and closed the case. See [D.E. 219, 220].

On February 16, 2022, Adams filed a motion for appointment of counsel [D.E. 221]. On March 2, March 11, and March 31, 2022, Adams again requested compassionate release [D.E. 223, 224, 227]. The latest motions do not materially alter the analysis in this court's May 13, 2021 order. For the reasons stated in that order, the court DENIES defendant's motions [D.E. 221, 223, 224, 227].

SO ORDERED. This _20_ day of April, 2022.

JAMES C. DEVER III
United States District Judge